1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Carroll G. Walter* for petitioner. *Mr. Bernard Hershkopf* for respondent.

---

No. 783. S. J. LINDSEY *v.* UNITED STATES. March 22, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. A. Johnston Ackiss* for petitioner. *Mr. Assistant Attorney General Frierson* for the United States.

---

No. 784. ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY *v.* INDUSTRIAL COMMISSION OF THE STATE OF ILLINOIS (MARIA KILEY, ADMINISTRATRIX, ETC.). March 22, 1920. Petition for a writ of certiorari to the Supreme Court of the State of Illinois denied. *Mr. Gardiner Lathrop* for petitioner. *Mr. Leo L. Donahoe* for respondent.

---

No. 479. HOUSTON & TEXAS CENTRAL RAILROAD COMPANY *v.* CITY OF ENNIS ET AL. March 29, 1920. Petition for a writ of certiorari to the Court of Civil Appeals for the Fifth Supreme Judicial District of the State of Texas denied. *Mr. H. M. Garwood, Mr. J. L. Gammon* and *Mr. Jesse Andrews* for petitioner. *Mr. Rhodes S. Baker* for respondents.

---

No. 745. ANTONIO CISNEROS CHAPA *v.* UNITED STATES. March 29, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. C. M. Chambers* for petitioner. *Mr. Assistant Attorney General Stewart* and *Mr. H. S. Ridgely* for the United States.